■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINA REEDUS, Appellant. [724 NYS2d 394] —Judgment unani-

mously reversed on the law, motion to suppress granted and indictment dismissed. Memorandum: Defendant appeals from a judgment convicting her after a jury trial of criminal possession of a controlled substance in the fifth degree (Penal Law § 220.06 [5]). As the People properly concede, County Court should have granted defendant's motion to suppress the contraband seized by the police because it was not in plain view (*see, People v Diaz,* 81 NY2d 106, 110-111; *People v Robinson,* 144 AD2d 960, 960-961). We therefore reverse the judgment of conviction, grant the motion to suppress and dismiss the indictment. (Appeal from Judgment of Erie County Court, Rogowski, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pine, J. P., Hayes, Wisner, Kehoe and Burns, JJ.